UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

In the matter of:

KEVIN BRYANT                                    ORDER

                                                Case #: 1:20-mj-7018-KMW

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

IT IS on this 8th day of October, 2020, hereby

ORDERED that the Federal Public Defender for the District of New Jersey, (Christopher O'Malley, AFPD) is hereby appointed to represent said defendant for purposes of the Initial Appearance only.

_____
JUDGE KAREN M. WILLIAMS
UNITED STATES MAGISTRATE JUDGE

cc: Federal Public Defender